Exhibit A

(PROPOSED) CONSENT JUDGMENT AND
FINAL ORDER OF DISMISSAL WITH PREJUDICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 15-cv-62058-KMM

Around the Clock A/C Service, LLC,   )
*a Florida limited liability company*,   )
                                      )
          Plaintiff,                   )
                                      )
v.                                     )
                                      )
Cooling Clinic USA, LLC, *a Florida*   )
*limited liability company*, et al.    )
                                      )
          Defendants.                  )
_____)

**CONSENT JUDGMENT AND
FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Stipulation and Motion of the parties agreeing to the entry of a Consent Judgment and Final Order of Dismissal with Prejudice, filed with the Court on December 4, 2015.  The Court having considered the Joint Stipulation, as well as the pleadings and record established in this case, and having been advised that a full, final and complete settlement has been reached between all parties, it is hereby:

ORDERED AND ADJUDGED that the Joint Stipulation and Motion for Entry of Consent Judgment and Final Order of Dismissal is hereby GRANTED.

It is FURTHER ORDERED AND ADJUDGED:

1. That this Court has personal jurisdiction over the parties and subject matter jurisdiction over this action.

2. That Plaintiff is the exclusive and sole owner of the rights in various AIR AROUND THE CLOCK marks in connection with air conditioning related services, including

- 2 -

United States Trademark Registration Nos. 3,923,076; and 3,925,353 (collectively, the "AIR AROUND THE CLOCK Marks")

3. That the phrase "Air Around the Block" is a colorable imitation of at least Plaintiff's United States Trademark Registration No. 3,923,076.

4. That the phrase "Air Around the Block," when used without Plaintiff's authorization and in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive.

5. That Defendants have engaged in the provision of air conditioning related services, the source of which was identified as "Air Around the Block," and thus have used in commerce a colorable imitation of Plaintiff's AIR AROUND THE CLOCK Marks in connection with the sale of air conditioning related services.

6. That Defendants' use of the phrase "Air Around the Block" in connection its air conditioning related services infringes the AIR AROUND THE CLOCK Marks, depriving Plaintiff of the ability to control the quality of the services marketed under the marks.

7. That Defendants have engaged in the provision of air conditioning related services, the source of which was identified as "Air Around the Clock," and thus have used in commerce a reproduction of the AIR AROUND THE CLOCK Marks in connection with the sale of air conditioning related services.

8. That Defendants' use of the phrase "Air Around the Clock" in connection its air conditioning related services infringes the AIR AROUND THE CLOCK Marks, depriving Plaintiff of the ability to control the quality of the services marketed under the marks.

- 3 -

9. Defendants and its officers, members, principals, agents, servants, employees and all persons and entities in active concert or participation with any of them, be and hereby are permanently restrained and enjoined from infringing upon Plaintiff's AIR AROUND THE CLOCK Marks, either directly or indirectly, in any manner, including:

    a. distributing, circulating, advertising, marketing, promoting, importing, exporting, displaying, shipping, offering for sale or selling goods or services bearing a mark identical and/or confusingly similar to Plaintiff's AIR AROUND THE CLOCK Marks, such infringing marks including "Air Around the Block", after November 30, 2015;

    b. committing any other acts calculated to cause purchasers or members of the consuming public to believe that Defendants' services are Plaintiff's genuine services or associated with Plaintiff in any way; and

    c. assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 9(a) and 9(b) above.

10. Defendants are liable to Plaintiff for monetary compensation in the amount specified in the Confidential Settlement Agreement entered into between Plaintiff Around the Clock A/C Service, LLC, and the Defendants Cooling Clinic USA, Cor USA, LLC, Amram Malka, and Shimon Sabag ("Agreement").

11. Each party shall bear its own costs, expenses, and attorneys' fees associated with this Action.

12. The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

13. This Judgment shall be binding upon and shall inure to the benefit of the parties

- 4 -

hereto, and all of their directors, officers, shareholders, partners, trustees, beneficiaries, insurers, assigns, successors, agents, representatives, executors, administrators, and receivers.

14.     This Judgment and performance hereunder shall in all respects be governed by and construed in accordance with laws of the United States and the laws of the State of Florida.

15.     Jurisdiction is hereby retained by this Court for the purpose of enabling any party to apply to the Court at any time for such orders as may be necessary or appropriate for the enforcement of compliance with this Judgment or the Agreement.

It is FURTHER ORDERED AND ADJUDGED that the above-referenced case is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 201\_.

_____
Honorable Chief Judge K. Michael Moore
United States District Judge